# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

**In re:**

**EMMANUEL APONTE SANCHEZ**                     **Case No.   19-02227-BKT**

                                  **Chapter 13**       **Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO***

## I. Appearances

| | | |
|---|---|---|
| **Debtor** | [X] Present | [ ] Absent |
| **Joint Debtor** | [ ] Present | [ ] Absent |
| **Attorney for Debtor** | [X] Present | [ ] Absent |

[ ]  Prose

[ ]  Appearing:

**Date & Time:**     5/29/2019   8:22:00AM

[X] R       [ ] NR    LV:   0.00

[X] This is debtor(s) 2 Bankruptcy filing.

**Creditors:**

**Treasury Department by Ms. Minoshka Velez**

## II. Oath Administered
        [X] Yes              [ ] No

## III. Plan

**Date:**   04/24/2019         **Base:**      $9,000.00    Payments 0 made out of   due.

**Confirmation Hearing Date:**       6/21/2019   2:30:00PM

**Evidence of Pmt shown:**    Yes

**Attorney's fees as per R. 2016(b)**

    $3,000.00   -  $132.00    = $2,868.00

## IV. Status of Meeting

[X] Closed         [ ] Not Held        [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

**Comments:**

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

 [ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

 [ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

EMMANUEL APONTE SANCHEZ  Case No. 19-02227-BKT

Chapter 13  Attorney Name: ROBERTO FIGUEROA CARRASQUILLO*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | |
| [ ] Unfair discrimination | [ ] Tax returns missing |
| | [ ] State - years |
| [ ] Fails disposable income | |
| [ ] Fails liquidation value test | [ ] Federal - years |
| [ ] Insuarence quote | |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information | [ ] Monthly reports for the months |
| [ ] Evidence of being current with DSO | [ ] Public Liability Insurance |
| | [ ] Premises |
| [ ] Evidence of income | [ ] Vehicle(s): |
| | [ ] Licenses issued by: |

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**EMMANUEL APONTE SANCHEZ**  Case No. **19-02227-BKT**

Chapter 13  Attorney Name: **ROBERTO FIGUEROA CARRASQUILLO***

**Trustee's objection to confirmation**

[X] Objection to Confirmation
[ ] Oral objection by creditor

**ACP: 3**

**Household size: 1**

**DOMESTIC SUPPORT OBLIGATION, (Post-petition §1325(a)(8)):**

Provided evidence of being current with DSO post-petition payment of May, $482.00.

**FAILS DISPOSABLE INCOME TEST, §1325(b)(1)(B):**

SCMI line 2 discloses an income for 1,284.67 vs evidence submitted and trustee analysis income is for $1,986.00.

The following party(ies) object(s) confirmation:

s/Alejandro Oliveras  Date: 05/29/2019

Trustee/Presiding Officer  (Rev. 05/13)