IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

EMMANUEL APONTE SANCHEZ

DEBTOR(S)

CASE NO. 19-02227-BKT

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period is: 3 years

2. The liquidation value of the estate is $: 0

3. The general unsecured pool is $: 0

PLAN DATE: April 24, 2019         PLAN BASE: $9,000.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 6/14/2019

[ ] FAVORABLE                    [X] UNFAVORABLE

1. [X] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

   SCMI line 2 discloses an income for 1,284.67 vs evidence submitted and trustee analysis income is for $1,986.00.

2. [X] DOMESTIC SUPPORT OBLIGATION:

   • Post-petition payments § 1325(a)(8): Provide evidence of being current with DSO post-petition payment of June 2019.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty: ROBERTO FIGUEROA

/s/ Pedro R Medina
Pedro R Medina
USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CM - SR